UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HERMAN LEWIS,

    Petitioner,

v.

JEFFREY A. UTTECHT,

    Respondent.

NO: 4:14-cv-05100-JPH

ORDER ADOPTING REPORT AND RECOMMENDATION, DIRECTING TRANSFER TO NINTH CIRCUIT COURT OF APPEALS, AND DENYING MOTION FOR APPOINTMENT OF COUNSEL

Magistrate Judge Hutton filed a Report and Recommendation on October 23, 2014, recommending Mr. Lewis's habeas corpus petition be transferred to the Ninth Circuit Court of Appeals as a second or successive petition. ECF No. 6. Judge Hutton further recommended that Petitioner's Motion for Appointment of Counsel be denied as moot. There being no objections, the Court **ADOPTS** the Report and Recommendation in its entirety.

When a second or successive petition is mistakenly submitted to the district court, that court shall refer it to the court of appeals. Ninth Circuit Rule 22-3(a).

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO NINTH CIRCUIT COURT OF APPEALS -- 1

1   Accordingly, **IT IS ORDERED** this case is **TRANSFERRED** to the Ninth Circuit

2   Court of Appeals, pursuant to 28 U.S.C. § 1631 and Ninth Circuit Rule 22-3(a).

3        Petitioner is advised this transfer does not of itself constitute compliance

4   with § 2244(b)(3) and Ninth Circuit Rule 22-3; he must still file an application for

5   leave to proceed in the Court of Appeals and make the showing required by §

6   2244(b)(2).  Petitioner is directed to consult this statute and Ninth Circuit Rule 22-

7   3 for further information.

8        **IT IS SO ORDERED**.  The District Court Executive is directed to transfer

9   this action to the Ninth Circuit Court of Appeals.  The District Court Executive is

10  further directed to enter this Order, forward a copy to Petitioner, and close the file.

11       **DATED** this 3rd day of December 2014.

13                          *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
14                          Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO NINTH CIRCUIT COURT OF APPEALS -- 2